■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERQUAN M. MORANGE, Appellant. [11 NYS3d 508]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]).

(Appeal from a Judgment of the Niagara County Court, Sara S. Farkas, J.—Attempted Robbery, 2nd Degree). Present—Scudder, P.J., Carni, Lindley, Valentino and Whalen, JJ.